

2006 Decisions

Opinions of the United
States Court of Appeals
for the Third Circuit

2-9-2006

# Jahic v. Atty Gen USA

Precedential or Non-Precedential: Non-Precedential

Docket No. 04-3726

Follow this and additional works at: http://digitalcommons.law.villanova.edu/thirdcircuit_2006

Recommended Citation

"Jahic v. Atty Gen USA" (2006). *2006 Decisions.* Paper 1611.
http://digitalcommons.law.villanova.edu/thirdcircuit_2006/1611

This decision is brought to you for free and open access by the Opinions of the United States Court of Appeals for the Third Circuit at Villanova
University School of Law Digital Repository. It has been accepted for inclusion in 2006 Decisions by an authorized administrator of Villanova
University School of Law Digital Repository. For more information, please contact Benjamin.Carlson@law.villanova.edu.

**UNITED STATES COURT OF APPEALS FOR THE THIRD CIRCUIT**

January 30, 2006

**No. 04–3726**

**Sead Jahic; Selma Jahic; Amar Jahic, Petitioners**
**vs.**
**Attorney General of the United States**
**(A71-873-466, 67 & 68)**

**PRESENT:  ROTH, RENDELL and BARRY, <u>Circuit Judges</u>.**

Motion by Respondent to vacate the decision and dismiss the
Petition for Review for lack of subject matter jurisdiction.

/s/ Carolyn Hicks

**Answer due 2/13/06**                                Carolyn Hicks    267-299-4926
                                                                        Case Manager

**O R D E R**

**The foregoing motion is GRANTED.  Because petitioners are no longer subject to a final order of deportation, this Court's decision of August 2, 2005 is vacated and the petition dismissed for lack of subject matter jurisdiction.**

**By the Court,**

**/s/ Maryanne Trump Barry**
**Circuit Judge**

**Dated:** February 9, 2006
CH/cc: JBS, AMI, WCP, TJS, LSW, ERB